[Civ. No. 7759. First Appellate District, Division Two.—October 22, 1930.]

FEDERAL LAND VALUE INSURANCE COMPANY, Petitioner, v. E. FORREST MITCHELL, Insurance Commissioner, etc., Respondent.

Simeon E. Sheffey and Corbet & Selby for Petitioner.

No appearance for Respondent.

THE COURT.— The petition (writ of *supersedeas*) is denied on the authority of *In re Imperial Water Dist.*, 199 Cal. 556 [250 Pac. 394].